IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEFF TREGANOWAN, | ) |
| Plaintiff, | ) |
| vs. | ) Case Number CIV-10-1246-C |
| RICK CADDEL, *et al.*, | ) |
| Defendants. | ) |

## **ORDER**

On December 22, 2010, United States Magistrate Judge Robert Bacharach issued his Report and Recommendation ("R&R") in this case in which Plaintiff pursues a 42 U.S.C. § 1983 action. Judge Bacharach recommended that Plaintiff's claim be dismissed for failure to timely pay the filing fee. To date, Plaintiff has filed two letters with the Court but neither has provided the information called for in the R&R. As noted by Judge Bacharach, at the time of filing, Plaintiff had adequate funds in his account to pay the required fee, yet as of the date of this Order, he still has not paid the filing fee. The Court finds Plaintiff has been given ample opportunity to pay the fee and yet he has not done so.

Accordingly, the Court DISMISSES this action without prejudice for failure to pay the required filing fee.

IT IS SO ORDERED this 7th day of January, 2011.

ROBIN J. CAUTHRON
United States District Judge